PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
ANNE BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

Robert A. Huddleston (SBN 83662)
rhuddleston@hslawllp.com
Jeffrey J. Mann (SBN 253440)
jmann@hslawllp.com
HUDDLESTON & SIPOS LAW GROUP LLP
1676 N. California Boulevard, Suite 550
Walnut Creek, CA   94596
(925) 947-0100
 (925) 947-0111 – Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUG CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br>v.<br><br>HUSTEAD'S, INC., a California corporation; JOE F. RUDD, individually and as Trustee of the Rudd Family Trust; MARY E. RUDD, individually and as Trustee of the Rudd Family Trust; GALE V. LARKS, an individual; CAROL A. LARKS, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV 12-1518 EMC<br><br>**JOINT NOTICE OF INTENT TO SETTLE; [PR~~OPOS~~ED] ORDER THEREON**<br><br>Date:         September 18, 2012<br>Time:        10:30 a.m.<br>Courtroom: 5, Seventeenth Floor<br>                   Honorable Edward M. Chen |

-1-
**JOINT NOTICE OF INTENT TO SETTLE; [PROPOSED] ORDER THEREON**
**Case No.:**  CV 12-1518 EMC

P:\CLIENTS\AUTPF\W\CASES\Hustead's Auto Service\PLEADINGS\CMC\Notice of Intent to Settle 091112.DOC

1  Counsel for Plaintiffs, Automotive Industries Pension Trust Fund and its Board of Trustees (collectively, "Plaintiffs") and Defendants, Hustead's, Inc., a California corporation; Joe F. Rudd, individually and as Trustee of the Rudd Family Trust; Mary E. Rudd, individually and as Trustee of the Rudd Family Trust; Gale V. Larks, an individual; and Carol A. Larks, an individual (collectively, "Defendants"), together file this Joint Notice of Intent to Settlement and [Proposed] Order.

1. On August 29, 2012, the plaintiffs and defendants participated in a mediation session wherein the case settled.

2. The parties are under an obligation to file with the Court on September 11, 2012 a Case Management Statement and to participate in a Case Management Conference currently calendared for September 18, 2012 at 10:30 a.m.

3. Counsel for each party represents that the parties have reached a settlement that is subject to a formal written agreement to be prepared.

4. As counsel and the parties work to consummate the final settlement, they believe that there should be no need for them to file a Joint Case Management Statement because they each now believe that the final settlement can be fully consummated.

5. The parties respectfully request that the Court continue the Case Management Conference for sixty (60) days so that the Court does not lose track of this action, and the parties now so request that continuance from the Court in light of the tended settlement referenced above.

IT IS SO STIPULATED.

Dated: September 11, 2012.  SALTZMAN & JOHNSON LAW CORPORATION

By: ___/S/ Anne M. Bevington_____
Anne M. Bevington
Attorneys for Plaintiffs

///

///

I, Anne M. Bevington, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 11, 2012.                    HUDDLESTON & SIPOS LAW GROUP LLP

                                              By:   /S/ Jeffrey J. Mann
                                                    Jeffrey J. Mann
                                                    Attorneys for Defendant

## ORDER

**PURSUANT TO STIPULATION OF THE PARTIES, AND THEIR RESPECTIVE COUNSEL, IT IS HEREBY ORDERED.**

1.   Based upon the intended settlement of this action, the parties and their counsel are relieved of the obligation to file with the Court on September 11, 2012 a Case Management Statement.

2.   In order for the Court to keep track of this action, the Case Management Conference currently calendared for September 18, 2012 at 10:30 a.m. is continued to ____November 30, 2012____ at 10:30 a.m.

3.   In the event this action is not fully settled, the parties and their counsel are directed to file a Joint Case Management Statement with the Court by ____Nov. 23____, 2012.

Date: ____September 13, 2012____     _____
                                      HONORABLE EDWARD M. CHEN
                                      UNITED STATES DISTRICT [JUDGE]

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*