1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   (415) 882-7900
5  (415) 882-9287 – Facsimile

6  Attorneys for Plaintiffs

7  Robert A. Huddleston (SBN 83662)
   rhuddleston@hslawllp.com
8  Jeffrey J. Mann (SBN 253440)
   jmann@hslawllp.com
9  HUDDLESTON & SIPOS LAW GROUP LLP
   1676 N. California Boulevard, Suite 550
10 Walnut Creek, CA 94596
   (925) 947-0100
11  (925) 947-0111 – Facsimile

12 Attorneys for Defendants

13              UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  (SAN FRANCISCO DIVISION)

16 AUTOMOTIVE INDUSTRIES PENSION
   TRUST FUND, JAMES H. BENO, Trustee,
17 BILL BRUNELLI, Trustee, STEPHEN J.          Case No.: CV 12-1518 EMC
   MACK, Trustee, CHRIS CHRISTOPHERSEN,
18 Trustee, DON CROSATTO, Trustee, MARK
   HOLLIBUSH, Trustee, JON ROSELLE,           **STIPULATION FOR VOLUNTARY**
19 Trustee, DOUG CORNFORD, Trustee, and       **DISMISSAL WITH PREJUDICE;**
   JAMES V. CANTERBURY, Trustee,              **(PROPOSED) ORDER**

20
                    Plaintiffs,
21 v.

22 HUSTEAD'S, INC., a California corporation;
   JOE F. RUDD, individually and as Trustee of
23 the Rudd Family Trust; MARY E. RUDD,
   individually and as Trustee of the Rudd Family
24 Trust; GALE V. LARKS, an individual;
   CAROL A. LARKS, an individual; and DOES
25 1 through 10,

26
                    Defendants.
27

28
                                    - 1 -   STIPULATION FOR VOLUNTARY DISMISSAL
                                              WITH PREJUDICE; [PROPOSED] ORDER
                                                      Case No.: CV 12-1518 EMC

P:\CLIENTS\AUTPF\W\CASES\Hustead's Auto Service\PLEADINGS\DISMISSAL\Stip for Dismissal and Order.DOC

**STIPULATION**

1

2   IT IS HEREBY STIPULATED by the parties to this action, through their respective

3   counsel, that pursuant to the Settlement Agreement and Release ("Settlement Agreement"),

4   which is expressly incorporated by reference into this Stipulation for Voluntary Dismissal With

5   Prejudice, this Court dismiss this action with prejudice, with all parties to bear their own costs

6   and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement

7   should any action be required to enforce the Settlement Agreement after the dismissal is entered

8   by the Court.

9   IT IS SO STIPULATED.

10   Dated: November 1, 2012.          SALTZMAN & JOHNSON LAW CORPORATION

11

12   By: _____/S/_____
              Anne M. Bevington
13            Attorneys for Plaintiffs

I, Anne M. Bevington, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
14   concurrence to the filing of this document has been obtained from each signatory hereto.

15   Dated: October 31, 2012.          HUDDLESTON & SIPOS LAW GROUP LLP

16

17   By: _____/S/_____
              Robert A. Huddleston
18            Attorneys for Defendant

19

20

21   **ORDER**

22   Pursuant to the parties' Stipulation and Settlement Agreement, the terms and conditions

23   of which are fully incorporated herein by this reference, and good cause appearing:

24   IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to

25   bear their own costs and attorneys' fees.

26   IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this

27   matter to enforce the Settlement Agreement should any action be required to enforce the

28

- 2 -      STIPULATION FOR VOLUNTARY DISMISSAL
                       WITH PREJUDICE; [PROPOSED] ORDER
                       Case No.: CV 12-1518 EMC

1    Settlement Agreement after the dismissal with prejudice is entered by the Court. See generally

2    *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,*

3    49 F.3rd 1430, 1432 (9th Cir. 1995).

4    IT IS SO ORDERED.

5    Date: _____      11/6/12

6                                          HONORABLE EDW

7                                          UNITED STA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL
                                                         WITH PREJUDICE; [PROPOSED] ORDER
                                                         Case No.:  CV 12-1518 EMC