PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
ANNE BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

Robert A. Huddleston (SBN 83662)
rhuddleston@hslawllp.com
Jeffrey J. Mann (SBN 253440)
jmann@hslawllp.com
HUDDLESTON & SIPOS LAW GROUP LLP
1676 N. California Boulevard, Suite 550
Walnut Creek, CA   94596
(925) 947-0100
 (925) 947-0111 – Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUG CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>HUSTEAD'S, INC., a California corporation; JOE F. RUDD, individually and as Trustee of the Rudd Family Trust; MARY E. RUDD, individually and as Trustee of the Rudd Family Trust; GALE V. LARKS, an individual; CAROL A. LARKS, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV 12-1518 EMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; (PR~~O~~OPOSED) ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel, that pursuant to the Settlement Agreement and Release ("Settlement Agreement"), which is expressly incorporated by reference into this Stipulation for Voluntary Dismissal With Prejudice, this Court dismiss this action with prejudice, with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal is entered by the Court.

IT IS SO STIPULATED.

Dated: November 1, 2012.         SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Anne M. Bevington
Attorneys for Plaintiffs

I, Anne M. Bevington, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 31, 2012.         HUDDLESTON & SIPOS LAW GROUP LLP

By: _____/S/_____
Robert A. Huddleston
Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation and Settlement Agreement, the terms and conditions of which are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the

1 | Settlement Agreement after the dismissal with prejudice is entered by the Court. See generally
2 | *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,*
3 | 49 F.3rd 1430, 1432 (9th Cir. 1995).
4 | IT IS SO ORDERED.
5 | Date: _____11/6/12_____   _____
6 | HONORABLE EDWARD M. CHEN
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*